**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ELISE D. KLEIN, SB# 111712
  E-Mail: Elise.Klein@lewisbrisbois.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

NOTE: CHANGES MADE BY THE COURT

Attorneys for Defendant LOS ANGELES COUNTY FIRE FIGHTERS LOCAL 1014 HEALTH AND WELFARE PLAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| WALTER MEAGHER, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>LOS ANGELES COUNTY FIRE FIGHTERS LOCAL 1014 HEALTH AND WELFARE PLAN and DOES 1 through 100 inclusive,<br><br>Defendants. | CASE NO. CV13-6685-RGK (JCGx)<br><br>[~~PROPOSED~~] **JUDGMENT IN FAVOR OF DEFENDANT LOS ANGELES COUNTY FIRE FIGHTERS LOCAL 1014 HEALTH AND WELFARE PLAN** |

The Court, having reviewed the moving and opposing papers, **and the Administrative Record,** hereby grants summary judgment to Defendant Los Angeles County Fire Fighters Local 1014 Health and Welfare Plan.

DATED: September 26, 2014

*/s/ Gary Klausner*
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT COURT JUDGE